FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2005 MAR -9  A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JUSTIN COOK )<br>            Plaintiff, )<br>                         )<br>v.                       )<br>                         )<br>                         )<br>CRUISECOMPETE, LLC, )<br>HEIDI ALLISON-GARRETT, )<br>ERIC BUSICK, and )<br>ROBERT A. LEVINSTEIN )<br>            Defendants. )<br>                         ) | Civil Action No.<br><br>05  10443 JLT |

### FED R. CIV. P. 7.1 AND LOCAL RULE 7.3(A)
### CORPORATE DISCLOSURE STATEMENT

Defendant CruiseCompete, LLC, certifies that it is a nongovernmental limited liability company organized and existing under the laws of the State of Iowa, with its principal place of business in Des Moines, Iowa. Defendant CruiseCompete, LLC submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), for the use of the judges of this Court:

1. CruiseCompete, LLC is not a publicly held corporation or other publicly held entity.

2. CruiseCompete, LLC does not have any parent corporation.

1

3. No publicly held corporation owns 10 percent or more of CruiseCompete, LLC's stock or units.

SPECIALLY APPEARING
DEFENDANTS CRUISECOMPETE, LLC,
HEIDI ALLISON-GARRETT, ERIC
BUSICK AND ROBERT A. LEVINSTEIN,

By their attorney,

*/s/ Daniel C. Hohler*
Daniel C. Hohler (BBO#633065)
233 Needham Street, Suite 300
Newton, MA 02464
Tel: (617) 454-1450
Fax: (617) 454-1451
Email: dhohler@hohlerlaw.com

Dated: March 9, 2005

---

CERTIFICATE OF SERVICE

I, Daniel C. Hohler, hereby certify that a copy of the aforementioned document was served via HAND/~~FIRST CLASS MAIL~~, postage prepaid, on all attorneys of record.

Date: 3/9/05