UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

FILED
IN CLERK'S OFFICE
2005 MAR 11 P 1:43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JUSTIN COOK )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CRUISECOMPETE, LLC, )<br>HEIDI ALLISON-GARRETT, )<br>ERIC BUSICK, and )<br>ROBERT A. LEVINSTEIN )<br>        Defendants. )<br>) | Civil Action No. 05-CV-10443-JLT |

**AFFIDAVIT OF HEIDI ALLISON-SHANE F/K/A HEIDI ALLISON-GARRETT
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE
<u>ALTERNATIVE TO TRANSFER VENUE</u>**

I, Heidi Allison-Shane, formerly Heidi Allison-Garrett, being duly sworn do hereby depose and state:

1. I am a defendant in the above-captioned matter, am above the age of twenty-one, am competent to testify, and have personal knowledge of the facts herein. To those facts that I do not have personal knowledge I allege such facts on information and information and belief, and as to such facts believe them to be true.

2. I am a member of CruiseCompete, LLC. I am a resident and citizen of the State of Michigan.

3. My understanding of Article 10.4 of Operating Agreement attached to the Verified Complaint at Exhibit 2, both at the time of the signing of the Operating Agreement and to this day, is that it was intended to ensure that Iowa would be the only location of any lawsuit or other dispute between the members and that Iowa law would control any such lawsuit or dispute.

4. Having to travel to Massachusetts to participate in a litigation there will be unnecessarily expensive and work a financial hardship upon me.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF MARCH, 2005.

_Heidi Allison-Shane_
HEIDI ALLISON-SHANE

_____,ss.    State of Michigan

Before me, the undersigned authority, personally came and appeared the affiant, Heidi Allison-Shane, who, being first duly sworn upon oath, stated that he has read the above and foregoing document and knows the contents thereof, and that all statements of fact contained therein are true. Subscribed and sworn to before me, this 9th day of March, 2005.

_____
NOTARY PUBLIC
Address of Notary:

My Commission Expires:

CHRISTOPHER J KOLON
Notary Public - Michigan
Oakland County
My Commission Expires Dec 21, 2010
Acting in the County of 2010