


OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



TO:

Suffolk Superior Court

90 Devonshire Street, 8th Floor

Boston, MA 02109

RE:

CIVIL ACTION #. 05cv10443 JLT

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on June 13, 2005 by the Honorable Joseph L. Tauro.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered 1-19

(   )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   June 22, 2005

By: /s/ Kimberly M. Abaid
       Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on 6/24/05 and assigned the following case number: 05-4150

By: _Samantha Loupe_
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)